

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2021

No. 04-21-00168-CV

**IN THE INTEREST OF S.R.M., III AND M.R.M., CHILDREN,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01894
Honorable Linda A.  Rodriguez, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The clerk's record was due May 6, 2021, but was not filed.  On May 7, 2021, the district clerk filed a notification of late record, requesting an extension until May 17, 2021 to file the record.

After consideration, we **GRANT** the district clerk's request for an extension of time and **ORDER** the district clerk to file the clerk's record in this court **by May 17, 2021**.  The district clerk is reminded that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights.  Further extensions of time will be disfavored.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court